UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**REGINALD BRUTON-BEY and
TRACEY MOBLEY-BEY,**

   **Plaintiffs,**

**v.**             **Case No:  6:18-cv-5-Orl-41GJK**

**FLORIDA DEPARTMENT OF
HEALTH BUREAU OF VITAL
STATISTICS, FLORIDA SURGEON
GENERAL, CELESTE PHILIP and
RHONDA K. ADAMS,**

   **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court

Without Prepaying Fees or Costs ("Application," Doc. 2). United States Magistrate Judge Gregory

J. Kelly submitted a Report and Recommendation (Doc. 11), in which he recommends that the

Application be denied. He further recommends that the Complaint (Doc. 1) be dismissed without

leave to amend.

After a *de novo* review of the record, and noting that no objections were timely filed, the

Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and **CONFIRMED** and

   made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or

   Costs (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction.

4. The Clerk is directed to deny all pending motions as moot and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties